**Order entered November 27, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01609-CV

## IN THE INTEREST OF H.A., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-166w**

## ORDER

Before the Court is Court Reporter Kelly L. Pelletier's request for an extension of time to file the reporter's record. In her request, Ms. Pelletier seeks a ten-day extension because she has received notice of an accelerated appeal filed November 19, 2013.

We **ORDER** Kelly L. Pelletier, Official Court Reporter for the 304th Judicial District Court, to file the reporter's record within **TEN DAYS** of the date of the order.

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission to Kelly L. Pelletier, Official Court Reporter, 304th Judicial District Court.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE